No. 92–6510. ROSS *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. ■

No. 92–6526. SINDE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6527. SHOPE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6535. NORRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6536. MCNAUGHTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6544. WEAVER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6553. MASON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–6559. FLAHERTY ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6564. GARCIA-PATRON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6573. MCCORMICK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6578. ABEITA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–6583. BATISTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6596. EDMONDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6604. ARTHUR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–6619. CLARK *v.* MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.